| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Paige B. Johnstone<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–9235<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: 13   7/7/25 | |
| Case number: | 25–17100–MEH | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Paige B. Johnstone | |
| 2. | **All other names used in the last 8 years** | aka Paige Albanese | |
| 3. | **Address** | 1305 Squirrel Road<br>Wall, NJ 07719 | |
| 4. | **Debtor's attorney**<br>Name and address | Robert Cameron Legg<br>Oliver & Legg<br>2240 Highway 33<br>Suite 112<br>Neptune, NJ 07753 | Contact phone 732–988–1500<br>Email: clegg@oliverandlegg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650–4853 | Contact phone (609) 587–6888<br>www.russotrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov.<br>(800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 609–858–9333<br>Date: 7/8/25 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **August 7, 2025 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 807 540 1358, Click on JOIN using passcode 8954134040, or call 1–609–766–9830**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/6/25** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/15/25** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at  www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-17100-MEH |
| Paige B. Johnstone | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 08, 2025 | Form ID: 309I | Total Noticed: 98 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paige B. Johnstone, 1305 Squirrel Road, Wall, NJ 07719-4056 |
| 520723579 | | Amazon Pool Service, 323 Prospect Drive, Point Pleasant Beach, NJ 08742 |
| 520723584 | + | Bank of America, N.A., 14405 Walters Road, Suite 200, Houston, TX 77014-1345 |
| 520723587 | + | Bobby Flagg, 1509 River Avenue, Point Pleasant Beach, NJ 08742-4313 |
| 520723594 | + | Cheryl Crane, 62 Fairview Avenue, Brick, NJ 08724-4368 |
| 520723595 | + | Cheryl Crane, c/o Vito C. DeMaio, 228 Main Street, Toms River, NJ 08753-7417 |
| 520723597 | + | Collier County Water, 3339 Tamiami Trail, Naples, FL 34112-5361 |
| 520723600 | + | Cottage & Castle, LLC, c/o Charles D. Bauer, 489 Aurora Place, Brick, NJ 08723-5063 |
| 520723602 | | Ely Funeral Home, 3316 NJ 33, Neptune, NJ 07753 |
| 520723605 | + | First Presbterian Church, 600 9th Avenue, Belmar, NJ 07719-2336 |
| 520723607 | + | GPU Energy, 15 River Drive, Elmwood Park, NJ 07407-1003 |
| 520723608 | + | Herbert Appliance, 1426 Lakewood Road, Manasquan, NJ 08736-1904 |
| 520723610 | | Humane Society, 370 Airport Pulling Road, Naples, FL 34104 |
| 520723612 | + | James McDonnell, 332 Kingsland Avenue, Lyndhurst, NJ 07071-2734 |
| 520723613 | | Jamie Caporosolo, 205 Franklin Lakes, Franklin Lakes, NJ 07417 |
| 520723616 | + | Jelling Property Holdings, LLC, c/o George E. Veitengruber, III., Esq., 1720 Route 34, Suite 10, Farmingdale, NJ 07727-3991 |
| 520723618 | + | Jersey Properties, LLC, c/o Gerald L. DelTufo, PO Box 409, Matawan, NJ 07747-0409 |
| 520723617 | + | Jersey Properties, LLC, PO Box 14, Oldwick, NJ 08858-0014 |
| 520723619 | + | Karen Fitzgerald, 1812 Hollow Branch Way, The Villages, FL 32162-2350 |
| 520723620 | + | Life Storage, 201 Jordan Road, Brick, NJ 08724-3800 |
| 520723621 | + | Marat Gekelman, 458 Cofine Avenue, Brooklyn, NY 11208-5716 |
| 520723623 | + | Marcus and Lindsey Toconita, c/o W. Peter Ragan, Jr., Esq., 3100 Route 138 West, Brinley Plaza, Building 1, Wall, NJ 07719-9020 |
| 520723622 | | Marcus and Lindsey Toconita, 473 Ocean Drive, Mantoloking, NJ 08738 |
| 520723624 | + | Mercedes-Benz of Shrewsbury, 100 Oceanport Avenue, Little Silver, NJ 07739-1218 |
| 520723632 | + | NJ Natural Gas, 1415 Wycoff Road, PO Box 1464, Belmar, NJ 07719-1464 |
| 520723627 | + | National Credit Management, 10845 Olive Blvd, Creve Coeur, MO 63141-7794 |
| 520723630 | + | New Hampshire Higher Education, PO Box 2097, Concord, NH 03302-2097 |
| 520723635 | + | PODs Moving & Storage, 100 Central Avenue Gateway, Building 8, Farmingdale, NJ 07727-3782 |
| 520723636 | + | Point Pleasant Municipal Court, 2233 Bridge Avenue, Point Pleasant Beach, NJ 08742-4977 |
| 520723638 | + | Prudential Financial, Inc., 751 Broad Street, 22nd Floor, Newark, NJ 07102-3754 |
| 520723639 | + | Public Storage, 925 Route 70, Brick, NJ 08724-3501 |
| 520723643 | + | Raritan Bay Federal Credit Union, c/o Louis Mellinger, Esq., 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| 520723642 | + | Raritan Bay Federal Credit Union, 491 Raritan Street, Sayreville, NJ 08872-1442 |
| 520723644 | + | Realvitalize, 80 State Street, Albany, NY 12207-2541 |
| 520723648 | + | Ron Keller, 53 Sanborn Avenue, Point Pleasant Beach, NJ 08742-2657 |
| 520723649 | + | Seco Energy, 4872 SW 60th Avenue, Ocala, FL 34474-4316 |
| 520723655 | + | Shahira N. Raineri, c/o W. Peter Ragan, Jr., Esq., 3100 Route 138 West, Brinley Plaza, Building 1, Wall, NJ 07719-9020 |
| 520723654 | + | Shahira N. Raineri, 101 New Jersey Avenue, Unit 5F, Point Pleasant Beach, NJ 08742-3375 |
| 520723656 | | Shaquira Rainer, 101 North Avenue, Apartment 5F, Point Pleasant Beach, NJ 08742 |
| 520723657 | | Spectrum, 65 S Keeler Road, Orlando, FL 32810 |
| 520723658 | + | Star Island Resort, PO Box 78843, Phoenix, AZ 85062-8843 |
| 520723659 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 520723660 | | Sumter Electric Cooperative, Inc., PO Box 301, Spruce Pine, AL 35585 |
| 520723661 | + | Sumterville Customer Service, 293 South US Highway 301, Sumterville, FL 33585-4901 |
| 520723665 | | Toyota Financial Services, Credit Dispute Research Team, Dallas, TX 75265 |
| 520723666 | + | U-Haul, 1925 George Jenkins Blvd, Lakeland, FL 33815-3759 |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 08, 2025 | Form ID: 309I | Total Noticed: 98 |

| | | |
|---|---|---|
| 520723668 | + | Wall Fire Inspection, 2700 Allaire Road, Belmar, NJ 07719-9570 |
| 520723670 | + | Wall Municipal Court, 2700 Allaire Road, Wall, NJ 07719-9570 |
| 520723669 | | Wall Municipal Court, 612 Route 71, Belmar, NJ 07719 |
| 520723671 | + | Wall Water/Sewer, 2700 Allaire Road, Wall, NJ 07719-9570 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clegg@oliverandlegg.com | Jul 08 2025 20:57:00 | Robert Cameron Legg, Oliver & Legg, 2240 Highway 33, Suite 112, Neptune, NJ 07753 |
| tr | | Email/Text: bnc@russotrustee.com | Jul 08 2025 20:59:00 | Albert Russo, Standing Chapter 13 Trustee, CN 4853, Trenton, NJ 08650-4853 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 08 2025 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 08 2025 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520723580 | + | EDI: ATTWIREBK.COM | Jul 09 2025 00:47:00 | AT&T Wireless, 208 S Akard Street, Dallas, TX 75202-4206 |
| 520723578 | ^ | MEBN | Jul 08 2025 20:51:26 | AfterPay, 760 Market Street, Floor 2, Unit 203, San Francisco, CA 94102-2402 |
| 520723582 | | EDI: BANKAMER | Jul 09 2025 00:41:00 | Bank of Ame3rica, PO Box 673033, Dallas, TX 75267-3033 |
| 520723583 | + | EDI: BANKAMER2 | Jul 09 2025 00:47:00 | Bank of America, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 520723585 | ^ | MEBN | Jul 08 2025 20:51:59 | Bank of America, N.A., c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520723586 | + | EDI: TCISOLUTIONS.COM | Jul 09 2025 00:47:00 | Bank of Missouri, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 520723588 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 08 2025 20:59:00 | Bridgecrest Acceptance Corp., 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 520723589 | + | EDI: CAPITALONE.COM | Jul 09 2025 00:47:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520723590 | + | EDI: CAPITALONE.COM | Jul 09 2025 00:47:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520723591 | + | EDI: CAPITALONE.COM | Jul 09 2025 00:47:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520723592 | + | EDI: AISACG.COM | Jul 09 2025 00:47:00 | Carvana/Bridgecrest, 4515 N Santa Fe Avenue, Dept APS, Oklahoma City, OK 73118-7901 |
| 520723593 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jul 08 2025 20:59:00 | Check Systems, c/o Consumer Relations, PO Box 583399, Minneapolis, MN 55458-3399 |
| 520723596 | + | EDI: CITICORP | Jul 09 2025 00:47:00 | CitiBank, 399 Park Avenue, New York, NY 10022-4614 |
| 520723598 | + | EDI: COMCASTCBLCENT | Jul 09 2025 00:41:00 | Comcast Corporation, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 520723599 | + | EDI: WFNNB.COM | Jul 09 2025 00:47:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 520723601 | + | Email/Text: EBN@edfinancial.com | Jul 08 2025 20:58:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520723603 | + | Email/Text: bankruptcynotifications@ehi.com | | |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 08 2025 20:58:00 | Enterprise Car Rental, 600 Corporate Park Drive, Saint Louis, MO 63105-4211 |
| 520723604 | + | EDI: AMINFOFP.COM | Jul 09 2025 00:47:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520723606 | + | Email/Text: Bankruptcy@fpl.com | Jul 08 2025 20:58:00 | Florida Power & Light, 4200 W Flagler Street, Coral Gables, FL 33134-1606 |
| 520723609 | + | Email/Text: bankruptcy@hsn.net | Jul 08 2025 20:59:00 | Home Shopping Network, 1 Home Shopping Network Drive, Saint Petersburg, FL 33729-0001 |
| 520723611 | | EDI: IRS.COM | Jul 09 2025 00:47:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520723614 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 08 2025 20:58:00 | JCP&L, 101 Crawford's Corner Road, Building 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 520723615 | | EDI: JEFFERSONCAP.COM | Jul 09 2025 00:47:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520723647 | | Email/Text: cscommunications@mrvbanks.com | Jul 08 2025 20:58:00 | Revi, PO Box 85800, Sioux Falls, SD 57118 |
| 520723625 | + | Email/Text: bankruptcy@moneylion.com | Jul 08 2025 20:59:00 | MoneyLion, PO Box 1547, Sandy, UT 84091-1547 |
| 520723628 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 08 2025 20:58:00 | Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 520723626 | ^ | MEBN | Jul 08 2025 20:52:03 | National Credit Management, Attn: Bankruptcy, Po Box 32900, Saint Louis, MO 63132-8900 |
| 520723629 | ^ | MEBN | Jul 08 2025 20:53:12 | Nationstar Mortgage, c/o McCabe, Weisberg & Conway, LLC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 520723631 | | Email/Text: DOLUIBANKRUPTCY@dol.nj.gov | Jul 08 2025 20:58:00 | New Jersey Department of Labor, Benefit Payment Control, PO Box 951, Trenton, NJ 08625-0951 |
| 520723633 | + | EDI: LCIPHHMRGT | Jul 09 2025 00:47:00 | PHH Mortgage, PO Box 24606, West Palm Beach, FL 33416-4606 |
| 520723634 | + | EDI: LCIPHHMRGT | Jul 09 2025 00:47:00 | PHH Mortgage Services, PO Box 24606, West Palm Beach, FL 33416-4606 |
| 520723637 | | EDI: PRA.COM | Jul 09 2025 00:47:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 520723641 | + | Email/Text: BKMailbox@QVC.com | Jul 08 2025 20:57:00 | QVC, 1365 Enterprise Park, West Chester, PA 19380-5967 |
| 520723640 | | EDI: Q3G.COM | Jul 09 2025 00:47:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520723646 | + | Email/Text: bankruptcy@rentacenter.com | Jul 08 2025 20:59:00 | Rent-A-Center, 3737 Tamiami Trl E, Naples, FL 34112-6215 |
| 520723645 | + | Email/Text: bankruptcy@rentacenter.com | Jul 08 2025 20:59:00 | Rent-a-Center, 5501 Headquarters Road, Plano, TX 75024-5845 |
| 520723581 | | Email/Text: bankruptcy@self.inc | Jul 08 2025 20:58:00 | Atlantic Capital Bank, 945 East Paces Ferry Road, 16th Floor, Atlanta, GA 30326 |
| 520723651 | + | EDI: CBS7AVE | Jul 09 2025 00:47:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520723652 | + | EDI: CBS7AVE | Jul 09 2025 00:47:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520723653 | + | EDI: CBS7AVE | Jul 09 2025 00:47:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520723662 | | EDI: TDBANKNORTH.COM | Jul 09 2025 00:47:00 | TD Bank, 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 520723663 | + | EDI: TCISOLUTIONS.COM | | |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 08, 2025 | Form ID: 309I | Total Noticed: 98 |

|  |  |  | Jul 09 2025 00:47:00 | Total Visa/tbom/vt, Po Box 84930, Sioux Falls, SD 57118-4930 |
|---|---|---|---|---|
| 520723664 | ^ | MEBN |  |  |
|  |  |  | Jul 08 2025 20:52:43 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 520723667 | + | EDI: AIS.COM |  |  |
|  |  |  | Jul 09 2025 00:47:00 | Verizon, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520723650 |  | Self Financial/lead Ba |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2025             Signature:      /s/Gustava Winters