| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | Order Filed on July 21, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Paige B. Johnstone<br><br>                                  Debtor | Case No.: 25-17100<br><br>Chapter: 13<br><br>Hearing Date: July 21, 2025 @ 10am<br><br>Judge: MEH |

## ORDER GRANTING
## MOTION TO IMPOSE AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) is hereby **ORDERED.**

**DATED: July 21, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

The Court having received the Debtor's Motion to Impose the Automatic Stay and any related responses or objections thereto, together with argument of counsel on the record, and for good cause shown, it is hereby

**ORDERED,** that the automatic stay as provided for under 11 U.S.C. §362(a) is hereby imposed and continued for a period of 30 days only as to the following secured creditors:

a. Onity Loan Acquisition Trust 2024-HB2 (1st mortgage on 1305 Squirrel Road, Wall, NJ 07719);

b. PHH Mortgage Corporation (1st mortgage on 1405 Evans Road, Wall, NJ 07719); and

c. Any successors or servicers of the secured mortgage holders relating to 1305 Squirrel Road or 1405 Evans Road.

**IT IS FURTHER ORDERED,** that the automatic stay as provided for under 11 U.S.C. §362(a) is hereby imposed and continued through the duration of this case as to all remaining creditors, expressly including the following:

d. Bridgecrest Acceptance Corp. (2012 Mercedes-Benz); and

e. Toyota Financial Services (2019 Lexus NX300).