UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

R. Cameron Legg, Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
courtdocs@oliverandlegg.com

Order Filed on July 21, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Paige B. Johnstone

                Debtor

Case No.: 25-17100

Chapter: 13

Hearing Date: July 21, 2025 @ 10am

Judge: MEH

# ORDER GRANTING
# MOTION TO IMPOSE AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) is hereby **ORDERED.**

**DATED: July 21, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

The Court having received the Debtor's Motion to Impose the Automatic Stay and any related responses or objections thereto, together with argument of counsel on the record, and for good cause shown, it is hereby

**ORDERED,** that the automatic stay as provided for under 11 U.S.C. §362(a) is hereby imposed and continued for a period of 30 days only as to the following secured creditors:

    a.    Onity Loan Acquisition Trust 2024-HB2 (1st mortgage on 1305 Squirrel Road, Wall, NJ 07719);

    b.    PHH Mortgage Corporation (1st mortgage on 1405 Evans Road, Wall, NJ 07719); and

    c.    Any successors or servicers of the secured mortgage holders relating to 1305 Squirrel Road or 1405 Evans Road.

**IT IS FURTHER ORDERED,** that the automatic stay as provided for under 11 U.S.C. §362(a) is hereby imposed and continued through the duration of this case as to all remaining creditors, expressly including the following:

    d.    Bridgecrest Acceptance Corp. (2012 Mercedes-Benz); and

    e.    Toyota Financial Services (2019 Lexus NX300).

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-17100-MEH |
| Paige B. Johnstone | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 21, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paige B. Johnstone, 1305 Squirrel Road, Wall, NJ 07719-4056 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2025          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Laura M. Egerman | on behalf of Creditor BANK OF AMERICA N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor PHH Mortgage Corporation laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Onity Loan Acquisition Trust 2024-HB2 (If Trustee name is needed - Use Wilmington Savings Fund Society FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Onity Loan A bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Robert Cameron Legg | on behalf of Debtor Paige B. Johnstone courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6