

Laura  Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

Order Filed on September 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Paige B. Johnstone, *aka* Paige Albanese | Case No. 25-17100-MEH |
| | Hearing Date:   September 10, 2025 at 9:00 a.m. |
| Debtor. | Judge: Mark Edward Hall |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO 11 U.S.C. §362(d)(4) AND ALLOWING PROSPECTIVE *IN REM*
RELIEF AS TO REAL PROPERTY**

The relief set forth on the following pages is hereby **ORDERED**

**DATED: September 10, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor:            Paige Johnstone
Case No:           24-21814-MEH
Caption of Order:  ORDER GRANTING MOTION FOR RELIEF FROM STAY AND
                   ALLOWING PROSPECTIVE *IN REM* RELIEF AS TO REAL
                   PROPERTY

---

THIS MATTER having been opened to the Court by McCalla Raymer Leibert Pierce, LLP, Attorneys for PHH MORTGAGE CORPORATION AS SERVICER FOR ONITY LOAN ACQUISITION TRUST 2024-HB2 ("Movant"), under 11 U.S.C. §362(d) and 105(a) for relief from the automatic stay and prospective in rem relief as to certain property as hereinafter set forth, and for cause, it is

**ORDERED** that the Motion is granted and the stay is terminated to permit the Movant to immediately institute or resume and prosecute to conclusion, one or more actions in the court(s) of appropriate jurisdiction to pursue Movant's rights in the property commonly known as 1305 SQUIRREL ROAD, WALL TOWNSHIP, NJ 07719; and it is further

It is further **ORDERED** that the Movant, its successors and assigns, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession; and it is further

**ORDERED** that Movant, its successors and assigns, are granted prospective *in rem* relief as to the subject property 1305 Squirrel Road, WALL TOWNSHIP, NEW JERSEY 07719 pursuant to 11 U.S.C. §362(d)(4), and provided that this Order is recorded in conformity therewith, and shall be binding in any other case filed under the Bankruptcy Code purporting to affect the Property for a period of two (2) years that is filed not later than two (2) years after the date of this Order, such that the automatic stay under 11 U.S.C. §362(a) shall not apply to the Movant's interest in the Property; and it is further

**ORDERED** that the instant order is binding irrespective of any conversion to any other chapter of the Bankruptcy Code; and it is further

**ORDERED** that the enforcement of this Order is effective immediately; and it is further

**ORDERED** that the Movant shall serve this Order on the Debtor and any Trustee and any other party who entered an appearance on the Motion.