Laura  Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant



**Order Filed on September 10, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| In re:<br><br>Paige B. Johnstone,<br>*aka* Paige Albanese<br><br>                                     Debtor. | Chapter 13<br><br>Case No. 25-17100-MEH<br><br>Hearing Date:   September 10, 2025 at 9:00 a.m.<br><br>Judge: Mark Edward Hall |
|---|---|

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(d)(4) AND ALLOWING PROSPECTIVE *IN REM* RELIEF AS TO REAL PROPERTY

The relief set forth on the following pages is hereby **ORDERED**

**DATED: September 10, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor: Paige Johnstone
Case No: 24-21814-MEH
Caption of Order: ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ALLOWING PROSPECTIVE *IN REM* RELIEF AS TO REAL PROPERTY

---

THIS MATTER having been opened to the Court by McCalla Raymer Leibert Pierce, LLP, Attorneys for PHH MORTGAGE CORPORATION AS SERVICER FOR ONITY LOAN ACQUISITION TRUST 2024-HB2 ("Movant"), under 11 U.S.C. §362(d) and 105(a) for relief from the automatic stay and prospective in rem relief as to certain property as hereinafter set forth, and for cause, it is

**ORDERED** that the Motion is granted and the stay is terminated to permit the Movant to immediately institute or resume and prosecute to conclusion, one or more actions in the court(s) of appropriate jurisdiction to pursue Movant's rights in the property commonly known as 1305 SQUIRREL ROAD, WALL TOWNSHIP, NJ 07719; and it is further

It is further **ORDERED** that the Movant, its successors and assigns, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession; and it is further

**ORDERED** that Movant, its successors and assigns, are granted prospective *in rem* relief as to the subject property 1305 Squirrel Road, WALL TOWNSHIP, NEW JERSEY 07719 pursuant to 11 U.S.C. §362(d)(4), and provided that this Order is recorded in conformity therewith, and shall be binding in any other case filed under the Bankruptcy Code purporting to affect the Property for a period of two (2) years that is filed not later than two (2) years after the date of this Order, such that the automatic stay under 11 U.S.C. §362(a) shall not apply to the Movant's interest in the Property; and it is further

**ORDERED** that the instant order is binding irrespective of any conversion to any other chapter of the Bankruptcy Code; and it is further

**ORDERED** that the enforcement of this Order is effective immediately; and it is further

**ORDERED** that the Movant shall serve this Order on the Debtor and any Trustee and any other party who entered an appearance on the Motion.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-17100-MEH |
| Paige B. Johnstone | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 10, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

**Recip ID**      **Recipient Name and Address**
db      + Paige B. Johnstone, 1305 Squirrel Road, Wall, NJ 07719-4056

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2025          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Gavin Stewart | on behalf of Creditor Bridgecrest Credit Company  LLC, as servicer for Carvana, LLC bk@stewartlegalgroup.com |
| Laura M. Egerman | on behalf of Creditor BANK OF AMERICA  N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor PHH Mortgage Corporation laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Lauren Rebecca Jacoby | on behalf of Creditor Toyota Motor Credit Corporation lrjacoby@hootenandjacobylaw.com |
| Matthew K. Fissel | on behalf of Creditor Onity Loan Acquisition Trust 2024-HB2 (If Trustee name is needed - Use Wilmington Savings Fund Society |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 10, 2025 | Form ID: pdf903 | Total Noticed: 1 |

FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Onity Loan A bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Robert Cameron Legg

on behalf of Debtor Paige B. Johnstone courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8