Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25–17100–MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Paige B. Johnstone
  aka Paige Albanese
  1305 Squirrel Road
  Wall, NJ 07719

Social Security No.:
  xxx–xx–9235

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I Wanda Rogers , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

1405 Evans Road, Wall, NJ 07719.


Dated: October 16, 2025
JAN: wdr

                                                                Jeanne Naughton
                                                                Clerk