Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  25−17100−MEH
          Chapter:  13
          Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Paige B. Johnstone
  aka Paige Albanese
  1305 Squirrel Road
  Wall, NJ 07719

Social Security No.:
  xxx−xx−9235

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          12/3/25
Time:          10:00 AM
Location:      Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: October 27, 2025
JAN: wdr

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 25-17100-MEH
Paige B. Johnstone     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 5
Date Rcvd: Oct 27, 2025     Form ID: 132     Total Noticed: 119

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paige B. Johnstone, 1305 Squirrel Road, Wall, NJ 07719-4056 |
| cr | + | Bridgecrest Credit Company, LLC, as servicer for C, c/o Stewart Legal Group, P.L., P.O. Box 340514, Tampa, FL 33694-0514 |
| 520723579 | | Amazon Pool Service, 323 Prospect Drive, Point Pleasant Beach, NJ 08742 |
| 520723584 | + | Bank of America, N.A., 14405 Walters Road, Suite 200, Houston, TX 77014-1345 |
| 520723587 | + | Bobby Flagg, 1509 River Avenue, Point Pleasant Beach, NJ 08742-4313 |
| 520723594 | + | Cheryl Crane, 62 Fairview Avenue, Brick, NJ 08724-4368 |
| 520723595 | + | Cheryl Crane, c/o Vito C. DeMaio, 228 Main Street, Toms River, NJ 08753-7417 |
| 520723597 | + | Collier County Water, 3339 Tamiami Trail, Naples, FL 34112-5361 |
| 520723600 | + | Cottage & Castle, LLC, c/o Charles D. Bauer, 489 Aurora Place, Brick, NJ 08723-5063 |
| 520723602 | | Ely Funeral Home, 3316 NJ 33, Neptune, NJ 07753 |
| 520723605 | + | First Presbterian Church, 600 9th Avenue, Belmar, NJ 07719-2336 |
| 520723607 | + | GPU Energy, 15 River Drive, Elmwood Park, NJ 07407-1003 |
| 520723608 | + | Herbert Appliance, 1426 Lakewood Road, Manasquan, NJ 08736-1904 |
| 520723610 | | Humane Society, 370 Airport Pulling Road, Naples, FL 34104 |
| 520723612 | + | James McDonnell, 332 Kingsland Avenue, Lyndhurst, NJ 07071-2734 |
| 520723613 | | Jamie Caporosolo, 205 Franklin Lakes, Franklin Lakes, NJ 07417 |
| 520723616 | + | Jelling Property Holdings, LLC, c/o George E. Veitengruber, III., Esq., 1720 Route 34, Suite 10, Farmingdale, NJ 07727-3991 |
| 520723618 | + | Jersey Properties, LLC, c/o Gerald L. DelTufo, PO Box 409, Matawan, NJ 07747-0409 |
| 520723617 | + | Jersey Properties, LLC, PO Box 14, Oldwick, NJ 08858-0014 |
| 520723619 | + | Karen Fitzgerald, 1812 Hollow Branch Way, The Villages, FL 32162-2350 |
| 520723620 | + | Life Storage, 201 Jordan Road, Brick, NJ 08724-3800 |
| 520723621 | + | Marat Gekelman, 458 Cofine Avenue, Brooklyn, NY 11208-5716 |
| 520723623 | + | Marcus and Lindsey Toconita, c/o W. Peter Ragan, Jr., Esq., 3100 Route 138 West, Brinley Plaza, Building 1, Wall, NJ 07719-9020 |
| 520723622 | | Marcus and Lindsey Toconita, 473 Ocean Drive, Mantoloking, NJ 08738 |
| 520723624 | + | Mercedes-Benz of Shrewsbury, 100 Oceanport Avenue, Little Silver, NJ 07739-1218 |
| 520723632 | + | NJ Natural Gas, 1415 Wycoff Road, PO Box 1464, Belmar, NJ 07719-1464 |
| 520723627 | + | National Credit Management, 10845 Olive Blvd, Creve Coeur, MO 63141-7794 |
| 520723630 | + | New Hampshire Higher Education, PO Box 2097, Concord, NH 03302-2097 |
| 520723635 | + | PODs Moving & Storage, 100 Central Avenue Gateway, Building 8, Farmingdale, NJ 07727-3782 |
| 520723636 | + | Point Pleasant Municipal Court, 2233 Bridge Avenue, Point Pleasant Beach, NJ 08742-4977 |
| 520723638 | + | Prudential Financial, Inc., 751 Broad Street, 22nd Floor, Newark, NJ 07102-3754 |
| 520808829 | + | Prudential Retirement Insurance and Annuity Co., Prudential Attn: Legal Process Unit, 751 Broad Street, 22nd Floor, Newark, NJ 07102-3754 |
| 520723639 | + | Public Storage, 925 Route 70, Brick, NJ 08724-3501 |
| 520723643 | + | Raritan Bay Federal Credit Union, c/o Louis Mellinger, Esq., 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| 520723642 | + | Raritan Bay Federal Credit Union, 491 Raritan Street, Sayreville, NJ 08872-1442 |
| 520723644 | + | Realvitalize, 80 State Street, Albany, NY 12207-2541 |
| 520723648 | + | Ron Keller, 53 Sanborn Avenue, Point Pleasant Beach, NJ 08742-2657 |
| 520723649 | + | Seco Energy, 4872 SW 60th Avenue, Ocala, FL 34474-4316 |
| 520723655 | + | Shahira N. Raineri, c/o W. Peter Ragan, Jr., Esq., 3100 Route 138 West, Brinley Plaza, Building 1, Wall, NJ 07719-9020 |
| 520723654 | + | Shahira N. Raineri, 101 New Jersey Avenue, Unit 5F, Point Pleasant Beach, NJ 08742-3375 |
| 520723656 | | Shaquira Rainer, 101 North Avenue, Apartment 5F, Point Pleasant Beach, NJ 08742 |
| 520723657 | | Spectrum, 65 S Keeler Road, Orlando, FL 32810 |
| 520723658 | + | Star Island Resort, PO Box 78843, Phoenix, AZ 85062-8843 |
| 520723659 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 520810822 | + | Sumter Electric Cooperative, Inc., P.O. Box 301, Sumterville, FL 33585-0301 |

District/off: 0312-3   User: admin   Page 2 of 5
Date Rcvd: Oct 27, 2025   Form ID: 132   Total Noticed: 119

| Recip ID | | Recipient |
|---|---|---|
| 520723660 | | Sumter Electric Cooperative, Inc., PO Box 301, Spruce Pine, AL 35585 |
| 520723661 | + | Sumterville Customer Service, 293 South US Highway 301, Sumterville, FL 33585-4901 |
| 520745997 | | TECO Peoples Gas, PO BOX 1111, TAMPA, FL 33601 |
| 520723665 | | Toyota Financial Services, Credit Dispute Research Team, Dallas, TX 75265 |
| 520723666 | + | U-Haul, 1925 George Jenkins Blvd, Lakeland, FL 33815-3759 |
| 520746365 | + | Vito C. DeMaio, Esq., LAW OFFICES OF VITO C. DeMAIO, 228 Main Street, Toms River, NJ 08753-7417 |
| 520723668 | + | Wall Fire Inspection, 2700 Allaire Road, Belmar, NJ 07719-9570 |
| 520723670 | + | Wall Municipal Court, 2700 Allaire Road, Wall, NJ 07719-9570 |
| 520723669 | | Wall Municipal Court, 612 Route 71, Belmar, NJ 07719 |
| 520723671 | + | Wall Water/Sewer, 2700 Allaire Road, Wall, NJ 07719-9570 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2025 22:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2025 22:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 27 2025 22:01:00 | PHH Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLP, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| cr | + | Email/PDF: bncnotices@becket-lee.com | Oct 27 2025 21:50:18 | Toyota Motor Credit Corporation, Attn Becket & Lee, LLP, PO Box 3001 Dept., Malvern, PA 19355-0701 |
| 520803003 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2025 21:52:05 | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520723580 | + | Email/Text: g17768@att.com | Oct 27 2025 22:01:00 | AT&T Wireless, 208 S Akard Street, Dallas, TX 75202-4206 |
| 520723578 | ^ | MEBN | Oct 27 2025 21:06:57 | AfterPay, 760 Market Street, Floor 2, Unit 203, San Francisco, CA 94102-2402 |
| 520723582 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2025 22:01:00 | Bank of Ame3rica, PO Box 673033, Dallas, TX 75267-3033 |
| 520723583 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 27 2025 22:02:00 | Bank of America, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 520723585 | ^ | MEBN | Oct 27 2025 21:06:21 | Bank of America, N.A., c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520799466 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2025 22:01:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520723586 | + | Email/Text: famc-bk@1stassociates.com | Oct 27 2025 22:02:00 | Bank of Missouri, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 520723588 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 27 2025 22:02:00 | Bridgecrest Acceptance Corp., 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 520727409 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2025 21:51:21 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520723589 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2025 21:50:04 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520723590 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2025 21:52:07 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520723591 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2025 21:51:21 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520757466 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2025 21:52:05 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520723592 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2025 21:52:29 | Carvana/Bridgecrest, 4515 N Santa Fe Avenue, Dept APS, Oklahoma City, OK 73118-7901 |
| 520723593 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 27 2025 22:02:00 | Check Systems, c/o Consumer Relations, PO Box 583399, Minneapolis, MN 55458-3399 |
| 520723596 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2025 21:51:42 | CitiBank, 399 Park Avenue, New York, NY 10022-4614 |
| 520723598 | + | Email/Text: documentfiling@lciinc.com | Oct 27 2025 22:01:00 | Comcast Corporation, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 520723599 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2025 22:02:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 520723601 | + | Email/Text: EBN@edfinancial.com | Oct 27 2025 22:01:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520723603 | + | Email/Text: bankruptcynotifications@ehi.com | Oct 27 2025 22:01:00 | Enterprise Car Rental, 600 Corporate Park Drive, Saint Louis, MO 63105-4211 |
| 520723604 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 27 2025 22:07:06 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520723606 | + | Email/Text: Bankruptcy@fpl.com | Oct 27 2025 22:01:00 | Florida Power & Light, 4200 W Flagler Street, Coral Gables, FL 33134-1606 |
| 520723609 | + | Email/Text: bankruptcy@hsn.net | Oct 27 2025 22:02:00 | Home Shopping Network, 1 Home Shopping Network Drive, Saint Petersburg, FL 33729-0001 |
| 520723611 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2025 22:01:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520723614 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 27 2025 22:01:00 | JCP&L, 101 Crawford's Corner Road, Building 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 520723615 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2025 22:02:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520758247 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 27 2025 22:01:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520743385 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2025 21:51:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520723647 | | Email/Text: cscommunications@mrvbanks.com | Oct 27 2025 22:01:00 | Revi, PO Box 85800, Sioux Falls, SD 57118 |
| 520723625 | + | Email/Text: bankruptcy@moneylion.com | Oct 27 2025 22:02:00 | MoneyLion, PO Box 1547, Sandy, UT 84091-1547 |
| 520723628 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 27 2025 22:01:00 | Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 520723626 | ^ | MEBN | Oct 27 2025 21:07:15 | National Credit Management, Attn: Bankruptcy, Po Box 32900, Saint Louis, MO 63132-8900 |
| 520723629 | ^ | MEBN | Oct 27 2025 21:08:16 | Nationstar Mortgage, c/o McCabe, Weisberg & Conway, LLC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 520723631 | | Email/Text: DOLUIBANKRUPTCY@dol.nj.gov | Oct 27 2025 22:02:00 | New Jersey Department of Labor, Benefit Payment Control, PO Box 951, Trenton, NJ 08625-0951 |
| 520746116 | + | Email/Text: BankruptcyNotices@njresources.com | Oct 27 2025 22:02:00 | New Jersey Natural Gas Company, 1415 Wyckoff Road, Wall, NJ 07727-3940 |
| 520723633 | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 27 2025 22:01:00 | PHH Mortgage, PO Box 24606, West Palm Beach, FL 33416-4606 |
| 520723634 | + | Email/Text: BKEBN-Notifications@ocwen.com | | |

Case 25-17100-MEH   Doc 49   Filed 10/29/25   Entered 10/30/25 00:13:43   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2025 | Form ID: 132 | Total Noticed: 119 |

| | | | |
|---|---|---|---|
| | | Oct 27 2025 22:01:00 | PHH Mortgage Services, PO Box 24606, West Palm Beach, FL 33416-4606 |
| 520723637 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2025 21:52:07 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 520797914 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2025 21:52:04 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 520723641 | + Email/Text: BKMailbox@QVC.com | Oct 27 2025 22:01:00 | QVC, 1365 Enterprise Park, West Chester, PA 19380-5967 |
| 520759247 | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2025 22:02:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520759248 | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2025 22:02:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520758882 | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2025 22:02:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520758875 | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2025 22:02:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520723640 | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2025 22:02:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520723646 | + Email/Text: bankruptcy@rentacenter.com | Oct 27 2025 22:02:00 | Rent-A-Center, 3737 Tamiami Trl E, Naples, FL 34112-6215 |
| 520723645 | + Email/Text: bankruptcy@rentacenter.com | Oct 27 2025 22:02:00 | Rent-a-Center, 5501 Headquarters Road, Plano, TX 75024-5845 |
| 520723581 | Email/Text: bankruptcy@self.inc | Oct 27 2025 22:01:00 | Atlantic Capital Bank, 945 East Paces Ferry Road, 16th Floor, Atlanta, GA 30326 |
| 520746739 | Email/Text: credit@snhu.edu | Oct 27 2025 22:01:00 | Southern New Hampshire University, 2500 N River Rd, Hooksett, NH 03601-0310 |
| 520723651 | + Email/Text: bankruptcy@sccompanies.com | Oct 27 2025 22:02:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520723652 | + Email/Text: bankruptcy@sccompanies.com | Oct 27 2025 22:02:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520723653 | + Email/Text: bankruptcy@sccompanies.com | Oct 27 2025 22:02:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520723662 | Email/Text: bankruptcy@td.com | Oct 27 2025 22:02:00 | TD Bank, 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 520723663 | + Email/Text: famc-bk@1stassociates.com | Oct 27 2025 22:02:00 | Total Visa/tbom/vt, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 520723664 | ^ MEBN | Oct 27 2025 21:07:51 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 520749899 | Email/PDF: bncnotices@becket-lee.com | Oct 27 2025 21:51:34 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520755688 | + Email/Text: EBN@edfinancial.com | Oct 27 2025 22:01:00 | US DEPARTMENT OF EDUCATION, 120 N SEVEN OAKS DRIVE, KNOXVILLE TN 37922-2359 |
| 520723667 | + Email/PDF: ebn_ais@aisinfo.com | Oct 27 2025 21:51:28 | Verizon, PO Box 4457, Houston, TX 77210-4457 |
| 520800305 | + Email/PDF: ebn_ais@aisinfo.com | Oct 27 2025 21:50:06 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 64

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520723650 | | Self Financial/lead Ba |
| 520726433 | *+ | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 520727115 | *+ | MoneyLion Inc., PO Box 1547, Sandy, UT 84091-1547 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Gavin Stewart | on behalf of Creditor Bridgecrest Credit Company LLC, as servicer for Carvana, LLC bk@stewartlegalgroup.com |
| Laura M. Egerman | on behalf of Creditor BANK OF AMERICA N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor PHH Mortgage Corporation laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Lauren Rebecca Jacoby | on behalf of Creditor Toyota Motor Credit Corporation lrjacoby@hootenandjacobylaw.com |
| Matthew K. Fissel | on behalf of Creditor Onity Loan Acquisition Trust 2024-HB2 (If Trustee name is needed - Use Wilmington Savings Fund Society FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Onity Loan A bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Robert Cameron Legg | on behalf of Debtor Paige B. Johnstone courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8