**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

0  Valuation of Security      0  Assumption of Executory Contract or unexpired Lease      0  Lien Avoidance

**Last revised: November 14, 2023**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Paige B. Johnstone

Case No.: 25-17100

Judge: MEH

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original  ☒ Modified/Notice Required  Date: 09/24/2025  
☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☒ 7 c.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☒ 7 c.

Initial Debtor(s)' Attorney: /s/RCL    Initial Debtor: /s/PJB    Initial Co-Debtor: _____

**Part 1:  Payment and Length of Plan**

a. The debtor shall pay to the Chapter 13 Trustee $ __438.00__ monthly for __48__ months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then $_____per month for _____months; $_____per month for _____months, for a total of _____months.

b. The debtor shall make plan payments to the Trustee from the following sources:

   ☒  Future earnings

   ☐  Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

   ☒ Sale of real property
   Description:  1305 Squirrel Road, Wall, NJ and 1405 Evans Road, Wall, NJ
   Proposed date for completion: 6 months after confirmation

   ☐ Refinance of real property:
   Description:
   Proposed date for completion:

   ☐ Loan modification with respect to mortgage encumbering real property:
   Description:
   Proposed date for completion:

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

   ☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e. For debtors filing joint petition:

   ☐ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed.  The objecting party must appear at confirmation to prosecute their objection.

   Initial Debtor: __/s/JBP__ Initial Co-Debtor: _____

**Part 2: Adequate Protection** ☒ NONE

     a.  Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor). (Adequate protection payments to be commenced upon order of the Court.)

     b.  Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s), pre-confirmation to: _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

     a.  All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 0 |
| DOMESTIC SUPPORT OBLIGATION | | |

     b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
     Check one:
     ☒ None
     ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:   Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| Bank of America (1st mtg) | 1305 Squirrel Road, Wall, NJ | Unknown | 0 | arrears to be paid at sale of real estate | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |
| Wall Water/Sewer | 1305 Squirrel Road, Wall, NJ | $20,000.00 | 0 | arrears to be paid at sale of real estate | |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ NONE

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| Nationstar Mortgage (1st mtg) | 1405 Evans Road, Wall, NJ | Unknown | 0 | arrears to be paid at sale of real estate | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

    c. **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Interest Rate | Amount of Claim | Total to be Paid Including Interest Calculation by Trustee |
|---|---|---|---|---|
|  |  |  |  |  |

    d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

    1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid by Trustee |
|---|---|---|---|---|---|---|---|
| Toyota Financial | 2019 Lexus NX300 | $42.515.00 | $17,000 | $0 | $17,000 | 8.5% | $20,927.00 |

    2.) Where the Debtor retains collateral and completes all Plan payments, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

e. **Surrender** ☐ **NONE**

Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

| Name of Creditor | Collateral to be Surrendered (identify property and add street address, if applicable) | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Bridgecrest | 2012 Mercedes Benz ML350 (vehicle totaled 09/05/2025) | Unknown | Surrendered in full satisfaction of debt/lien |

f. **Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| | |

g. **Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Amount | Interest Rate | Total Amount to be Paid through the plan by Trustee |
|---|---|---|---|---|
| | | | | |

**Part 5:    Unsecured Claims**  ☐ NONE

    a.  **Not separately classified** allowed non-priority unsecured claims shall be paid:

        ☒ Not less than $ 0               to be distributed *pro rata*

        ☐ Not less than _____ percent

        ☐ *Pro Rata* distribution from any remaining funds

    b.  **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis For Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases**  ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions**  ☐ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served**

   a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☒ **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Name of Creditor | Nature of Collateral (identify property and add street address, if applicable) | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

   b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.** ☒ **NONE**

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address if applicable) | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

   **c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Name of Creditor | Collateral (identify property and add street address, if applicable) | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Bridgecrest | 2012 Mercedes Benz ML350 | $13,870.28 | $2,200.00 | $2,200 | balance of lien and interest above 8.5% |
| Toyota Financial | 2019 Lexus NX300 | $42,515.00 | $17,000 | $17,000 | balance of lien and interest above 8.5% |

   d.  Where the Debtor retains collateral, upon completion of the Plan and issuance of the Discharge, affected Debtor may take all steps necessary to remove of record any lien or portion of any lien discharged.

### Part 8:   Other Plan Provisions

   **a. Vesting of Property of the Estate**

      ☒   Upon confirmation

      ☐   Upon discharge

   **b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

   **c. Order of Distribution**

      The Trustee shall pay allowed claims in the following order:

        1) Chapter 13 Standing Trustee Fees, upon receipt of funds
        2) Other Administrative Claims
        3) Secured Claims
        4) Priority Claims
        5) General unsecured claims
        6) _____

   **d. Post-Petition Claims**

    The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification**  ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: 07/01/2025 .

Explain below **why** the plan is being modified:
Surrendering Mercedes-Benz in full satisfaction of debt/lien

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10: Non-Standard Provision(s):**

Non-Standard Provisions:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date: 07/01/2025                                  /s/Paige B. Johnstone
                                                  Debtor

Date: _____                             _____
                                                  Joint Debtor

Date: 07/01/2025                                  /s/Cameron Legg
                                                  Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-17100-MEH |
| Paige B. Johnstone | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Oct 27, 2025 | Form ID: pdf901 | Total Noticed: 119 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paige B. Johnstone, 1305 Squirrel Road, Wall, NJ 07719-4056 |
| cr | + | Bridgecrest Credit Company, LLC, as servicer for C, c/o Stewart Legal Group, P.L., P.O. Box 340514, Tampa, FL 33694-0514 |
| 520723579 | | Amazon Pool Service, 323 Prospect Drive, Point Pleasant Beach, NJ 08742 |
| 520723584 | + | Bank of America, N.A., 14405 Walters Road, Suite 200, Houston, TX 77014-1345 |
| 520723587 | + | Bobby Flagg, 1509 River Avenue, Point Pleasant Beach, NJ 08742-4313 |
| 520723594 | + | Cheryl Crane, 62 Fairview Avenue, Brick, NJ 08724-4368 |
| 520723595 | + | Cheryl Crane, c/o Vito C. DeMaio, 228 Main Street, Toms River, NJ 08753-7417 |
| 520723597 | + | Collier County Water, 3339 Tamiami Trail, Naples, FL 34112-5361 |
| 520723600 | + | Cottage & Castle, LLC, c/o Charles D. Bauer, 489 Aurora Place, Brick, NJ 08723-5063 |
| 520723602 | | Ely Funeral Home, 3316 NJ 33, Neptune, NJ 07753 |
| 520723605 | + | First Presbterian Church, 600 9th Avenue, Belmar, NJ 07719-2336 |
| 520723607 | + | GPU Energy, 15 River Drive, Elmwood Park, NJ 07407-1003 |
| 520723608 | + | Herbert Appliance, 1426 Lakewood Road, Manasquan, NJ 08736-1904 |
| 520723610 | | Humane Society, 370 Airport Pulling Road, Naples, FL 34104 |
| 520723612 | + | James McDonnell, 332 Kingsland Avenue, Lyndhurst, NJ 07071-2734 |
| 520723613 | | Jamie Caporosolo, 205 Franklin Lakes, Franklin Lakes, NJ 07417 |
| 520723616 | + | Jelling Property Holdings, LLC, c/o George E. Veitengruber, III., Esq., 1720 Route 34, Suite 10, Farmingdale, NJ 07727-3991 |
| 520723618 | + | Jersey Properties, LLC, c/o Gerald L. DelTufo, PO Box 409, Matawan, NJ 07747-0409 |
| 520723617 | + | Jersey Properties, LLC, PO Box 14, Oldwick, NJ 08858-0014 |
| 520723619 | + | Karen Fitzgerald, 1812 Hollow Branch Way, The Villages, FL 32162-2350 |
| 520723620 | + | Life Storage, 201 Jordan Road, Brick, NJ 08724-3800 |
| 520723621 | + | Marat Gekelman, 458 Cofine Avenue, Brooklyn, NY 11208-5716 |
| 520723623 | + | Marcus and Lindsey Toconita, c/o W. Peter Ragan, Jr., Esq., 3100 Route 138 West, Brinley Plaza, Building 1, Wall, NJ 07719-9020 |
| 520723622 | | Marcus and Lindsey Toconita, 473 Ocean Drive, Mantoloking, NJ 08738 |
| 520723624 | + | Mercedes-Benz of Shrewsbury, 100 Oceanport Avenue, Little Silver, NJ 07739-1218 |
| 520723632 | + | NJ Natural Gas, 1415 Wycoff Road, PO Box 1464, Belmar, NJ 07719-1464 |
| 520723627 | + | National Credit Management, 10845 Olive Blvd, Creve Coeur, MO 63141-7794 |
| 520723630 | + | New Hampshire Higher Education, PO Box 2097, Concord, NH 03302-2097 |
| 520723635 | + | PODs Moving & Storage, 100 Central Avenue Gateway, Building 8, Farmingdale, NJ 07727-3782 |
| 520723636 | + | Point Pleasant Municipal Court, 2233 Bridge Avenue, Point Pleasant Beach, NJ 08742-4977 |
| 520723638 | + | Prudential Financial, Inc., 751 Broad Street, 22nd Floor, Newark, NJ 07102-3754 |
| 520808829 | + | Prudential Retirement Insurance and Annuity Co., Prudential Attn: Legal Process Unit, 751 Broad Street, 22nd Floor, Newark, NJ 07102-3754 |
| 520723639 | + | Public Storage, 925 Route 70, Brick, NJ 08724-3501 |
| 520723643 | + | Raritan Bay Federal Credit Union, c/o Louis Mellinger, Esq., 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| 520723642 | + | Raritan Bay Federal Credit Union, 491 Raritan Street, Sayreville, NJ 08872-1442 |
| 520723644 | + | Realvitalize, 80 State Street, Albany, NY 12207-2541 |
| 520723648 | + | Ron Keller, 53 Sanborn Avenue, Point Pleasant Beach, NJ 08742-2657 |
| 520723649 | + | Seco Energy, 4872 SW 60th Avenue, Ocala, FL 34474-4316 |
| 520723655 | + | Shahira N. Raineri, c/o W. Peter Ragan, Jr., Esq., 3100 Route 138 West, Brinley Plaza, Building 1, Wall, NJ 07719-9020 |
| 520723654 | + | Shahira N. Raineri, 101 New Jersey Avenue, Unit 5F, Point Pleasant Beach, NJ 08742-3375 |
| 520723656 | | Shaquira Rainer, 101 North Avenue, Apartment 5F, Point Pleasant Beach, NJ 08742 |
| 520723657 | | Spectrum, 65 S Keeler Road, Orlando, FL 32810 |
| 520723658 | + | Star Island Resort, PO Box 78843, Phoenix, AZ 85062-8843 |
| 520723659 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 520810822 | + | Sumter Electric Cooperative, Inc., P.O. Box 301, Sumterville, FL 33585-0301 |

| | | |
|---|---|---|
| 520723660 | | Sumter Electric Cooperative, Inc., PO Box 301, Spruce Pine, AL 35585 |
| 520723661 | + | Sumterville Customer Service, 293 South US Highway 301, Sumterville, FL 33585-4901 |
| 520745997 | | TECO Peoples Gas, PO BOX 1111, TAMPA, FL 33601 |
| 520723665 | | Toyota Financial Services, Credit Dispute Research Team, Dallas, TX 75265 |
| 520723666 | + | U-Haul, 1925 George Jenkins Blvd, Lakeland, FL 33815-3759 |
| 520746365 | + | Vito C. DeMaio, Esq., LAW OFFICES OF VITO C. DeMAIO, 228 Main Street, Toms River, NJ 08753-7417 |
| 520723668 | + | Wall Fire Inspection, 2700 Allaire Road, Belmar, NJ 07719-9570 |
| 520723670 | + | Wall Municipal Court, 2700 Allaire Road, Wall, NJ 07719-9570 |
| 520723669 | | Wall Municipal Court, 612 Route 71, Belmar, NJ 07719 |
| 520723671 | + | Wall Water/Sewer, 2700 Allaire Road, Wall, NJ 07719-9570 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2025 22:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2025 22:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 27 2025 22:01:00 | PHH Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLP, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| cr | + | Email/PDF: bncnotices@becket-lee.com | Oct 27 2025 21:52:23 | Toyota Motor Credit Corporation, Attn Becket & Lee, LLP, PO Box 3001 Dept., Malvern, PA 19355-0701 |
| 520803003 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2025 21:50:06 | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520723580 | + | Email/Text: g17768@att.com | Oct 27 2025 22:01:00 | AT&T Wireless, 208 S Akard Street, Dallas, TX 75202-4206 |
| 520723578 | ^ | MEBN | Oct 27 2025 21:06:57 | AfterPay, 760 Market Street, Floor 2, Unit 203, San Francisco, CA 94102-2402 |
| 520723582 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2025 22:01:00 | Bank of Ame3rica, PO Box 673033, Dallas, TX 75267-3033 |
| 520723583 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 27 2025 22:02:00 | Bank of America, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 520723585 | ^ | MEBN | Oct 27 2025 21:06:24 | Bank of America, N.A., c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520799466 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 27 2025 22:01:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520723586 | + | Email/Text: famc-bk@1stassociates.com | Oct 27 2025 22:02:00 | Bank of Missouri, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 520723588 | + | Email/Text: rm-bknotices@bridgecrest.com | Oct 27 2025 22:02:00 | Bridgecrest Acceptance Corp., 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 520727409 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2025 22:08:40 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520723589 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2025 22:06:59 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520723590 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2025 22:08:29 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520723591 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2025 22:07:59 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

Case 25-17100-MEH   Doc 50   Filed 10/29/25   Entered 10/30/25 00:13:43   Desc Imaged
                        Certificate of Notice    Page 14 of 16

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 27, 2025 | Form ID: pdf901 | Total Noticed: 119 |

| | | | | |
|---|---|---|---|---|
| 520757466 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2025 21:51:22 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520723592 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 27 2025 21:50:05 | Carvana/Bridgecrest, 4515 N Santa Fe Avenue, Dept APS, Oklahoma City, OK 73118-7901 |
| 520723593 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Oct 27 2025 22:02:00 | Check Systems, c/o Consumer Relations, PO Box 583399, Minneapolis, MN 55458-3399 |
| 520723596 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 27 2025 21:51:26 | CitiBank, 399 Park Avenue, New York, NY 10022-4614 |
| 520723598 | + | Email/Text: documentfiling@lciinc.com | Oct 27 2025 22:01:00 | Comcast Corporation, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 520723599 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 27 2025 22:02:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 520723601 | + | Email/Text: EBN@edfinancial.com | Oct 27 2025 22:01:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520723603 | + | Email/Text: bankruptcynotifications@ehi.com | Oct 27 2025 22:01:00 | Enterprise Car Rental, 600 Corporate Park Drive, Saint Louis, MO 63105-4211 |
| 520723604 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 27 2025 22:07:36 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520723606 | + | Email/Text: Bankruptcy@fpl.com | Oct 27 2025 22:01:00 | Florida Power & Light, 4200 W Flagler Street, Coral Gables, FL 33134-1606 |
| 520723609 | + | Email/Text: bankruptcy@hsn.net | Oct 27 2025 22:02:00 | Home Shopping Network, 1 Home Shopping Network Drive, Saint Petersburg, FL 33729-0001 |
| 520723611 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2025 22:01:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520723614 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 27 2025 22:01:00 | JCP&L, 101 Crawford's Corner Road, Building 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 520723615 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2025 22:02:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520758247 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 27 2025 22:01:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520743385 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2025 21:51:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520723647 | | Email/Text: cscommunications@mrvbanks.com | Oct 27 2025 22:01:00 | Revi, PO Box 85800, Sioux Falls, SD 57118 |
| 520723625 | + | Email/Text: bankruptcy@moneylion.com | Oct 27 2025 22:02:00 | MoneyLion, PO Box 1547, Sandy, UT 84091-1547 |
| 520723628 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 27 2025 22:01:00 | Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 520723626 | ^ | MEBN | Oct 27 2025 21:07:15 | National Credit Management, Attn: Bankruptcy, Po Box 32900, Saint Louis, MO 63132-8900 |
| 520723629 | ^ | MEBN | Oct 27 2025 21:08:18 | Nationstar Mortgage, c/o McCabe, Weisberg & Conway, LLC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 520723631 | | Email/Text: DOLUIBANKRUPTCY@dol.nj.gov | Oct 27 2025 22:02:00 | New Jersey Department of Labor, Benefit Payment Control, PO Box 951, Trenton, NJ 08625-0951 |
| 520746116 | + | Email/Text: BankruptcyNotices@njresources.com | Oct 27 2025 22:02:00 | New Jersey Natural Gas Company, 1415 Wyckoff Road, Wall, NJ 07727-3940 |
| 520723633 | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 27 2025 22:01:00 | PHH Mortgage, PO Box 24606, West Palm Beach, FL 33416-4606 |
| 520723634 | + | Email/Text: BKEBN-Notifications@ocwen.com | | |

| | | | Oct 27 2025 22:01:00 | PHH Mortgage Services, PO Box 24606, West Palm Beach, FL 33416-4606 |
|---|---|---|---|---|
| 520723637 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2025 21:52:23 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 520797914 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 27 2025 21:51:40 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 520723641 | + | Email/Text: BKMailbox@QVC.com | Oct 27 2025 22:01:00 | QVC, 1365 Enterprise Park, West Chester, PA 19380-5967 |
| 520759247 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2025 22:02:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520759248 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2025 22:02:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520758882 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2025 22:02:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520758875 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2025 22:02:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520723640 | | Email/Text: bnc-quantum@quantum3group.com | Oct 27 2025 22:02:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520723646 | + | Email/Text: bankruptcy@rentacenter.com | Oct 27 2025 22:02:00 | Rent-A-Center, 3737 Tamiami Trl E, Naples, FL 34112-6215 |
| 520723645 | + | Email/Text: bankruptcy@rentacenter.com | Oct 27 2025 22:02:00 | Rent-a-Center, 5501 Headquarters Road, Plano, TX 75024-5845 |
| 520723581 | | Email/Text: bankruptcy@self.inc | Oct 27 2025 22:01:00 | Atlantic Capital Bank, 945 East Paces Ferry Road, 16th Floor, Atlanta, GA 30326 |
| 520746739 | | Email/Text: credit@snhu.edu | Oct 27 2025 22:01:00 | Southern New Hampshire University, 2500 N River Rd, Hooksett, NH 03601-0310 |
| 520723651 | + | Email/Text: bankruptcy@sccompanies.com | Oct 27 2025 22:02:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520723652 | + | Email/Text: bankruptcy@sccompanies.com | Oct 27 2025 22:02:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520723653 | + | Email/Text: bankruptcy@sccompanies.com | Oct 27 2025 22:02:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520723662 | | Email/Text: bankruptcy@td.com | Oct 27 2025 22:02:00 | TD Bank, 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 520723663 | + | Email/Text: famc-bk@1stassociates.com | Oct 27 2025 22:02:00 | Total Visa/tbom/vt, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 520723664 | ^ | MEBN | Oct 27 2025 21:07:52 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 520749899 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2025 21:52:22 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520755688 | + | Email/Text: EBN@edfinancial.com | Oct 27 2025 22:01:00 | US DEPARTMENT OF EDUCATION, 120 N SEVEN OAKS DRIVE, KNOXVILLE TN 37922-2359 |
| 520723667 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2025 21:51:22 | Verizon, PO Box 4457, Houston, TX 77210-4457 |
| 520800305 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 27 2025 21:50:11 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 64

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520723650 | | Self Financial/lead Ba |
| 520726433 | *+ | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 520727115 | *+ | MoneyLion Inc., PO Box 1547, Sandy, UT 84091-1547 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025         Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Gavin Stewart | on behalf of Creditor Bridgecrest Credit Company LLC, as servicer for Carvana, LLC bk@stewartlegalgroup.com |
| Laura M. Egerman | on behalf of Creditor BANK OF AMERICA N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor PHH Mortgage Corporation laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Lauren Rebecca Jacoby | on behalf of Creditor Toyota Motor Credit Corporation lrjacoby@hootenandjacobylaw.com |
| Matthew K. Fissel | on behalf of Creditor Onity Loan Acquisition Trust 2024-HB2 (If Trustee name is needed - Use Wilmington Savings Fund Society FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Onity Loan A bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Robert Cameron Legg | on behalf of Debtor Paige B. Johnstone courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8