UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Lauren R. Jacoby
Hooten & Jacoby LLP
17 Snyder Avenue
Toms River, NJ  08753
Telephone: (848) 223-7362
Email: lrjacoby@hootenandjacobylaw.com
Attorneys for Toyota Motor Credit Corporation

Order Filed on December 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Paige B Johnstone,

    Debtors.

| | |
|---|---|
| Case No.: | 25-17100-MEH |
| Chapter: | 13 |
| Hearing Date: | February 4, 2026 |
| Judge: | Mark Edward Hall |

### AGREED ORDER RESOLVING TOYOTA'S OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)  is **ORDERED**.

**DATED: December 23, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Paige B Johnstone |
| Case No. | 25-17100-MEH |
| Caption of Order: | **AGREED ORDER RESOLVING TOYOTA'S OBJECTION TO CONFIRMATION** |

Upon consideration of the Objection to Confirmation ("Objection") filed by Toyota Motor Creditor Corporation ("Toyota"), and the parties agreeing to the entry of this Order resolving the Objection, and for cause shown, it is hereby:

ORDERED that the Debtor's Chapter 13 is hereby amended to establish a Total Collateral Value of $20,000 on Debtor's 2019 Lexus NX300, more fully described in the Proof of Claim filed by Toyota on July 18, 2025; and it is further

ORDERED that the Debtor's Chapter 13 Plan shall provide for Trustee payments on Toyota's allowed secured claim in the amount of $20,000.00 at an annual interest rate of 8.5%, resulting in payments totaling $23,662.37 over the four-year life of the plan; and it is further

ORDERED that the terms of this agreement shall apply to any amended plans filed hereafter.

/s/Lauren R. Jacoby
------
Lauren R. Jacoby
Hooten & Jacoby LLP
17 Snyder Avenue
Toms River, NJ  08753
Telephone: (848) 223-7362
Email: lrjacoby@hootenandjacobylaw.com
Attorneys for Toyota Motor Credit Corporation

/s/ Cameron Legg
------
Robert Cameron Legg
Oliver & Legg
2240 Highway 33
Suite 112
Neptune, NJ 07753
732-988-1500
Email: clegg@oliverandlegg.com
Attorney for Debtor