UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Lauren R. Jacoby
Hooten & Jacoby LLP
17 Snyder Avenue
Toms River, NJ  08753
Telephone: (848) 223-7362
Email: lrjacoby@hootenandjacobylaw.com
Attorneys for Toyota Motor Credit Corporation

Order Filed on December 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Paige B Johnstone,

    Debtors.

| | |
|---|---|
| Case No.: | 25-17100-MEH |
| Chapter: | 13 |
| Hearing Date: | February 4, 2026 |
| Judge: | Mark Edward Hall |

## AGREED ORDER RESOLVING TOYOTA'S OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

**DATED: December 23, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Paige B Johnstone |
| Case No. | 25-17100-MEH |
| Caption of Order: | **AGREED ORDER RESOLVING TOYOTA'S OBJECTION TO CONFIRMATION** |

Upon consideration of the Objection to Confirmation ("Objection") filed by Toyota Motor Creditor Corporation ("Toyota"), and the parties agreeing to the entry of this Order resolving the Objection, and for cause shown, it is hereby:

ORDERED that the Debtor's Chapter 13 is hereby amended to establish a Total Collateral Value of $20,000 on Debtor's 2019 Lexus NX300, more fully described in the Proof of Claim filed by Toyota on July 18, 2025; and it is further

ORDERED that the Debtor's Chapter 13 Plan shall provide for Trustee payments on Toyota's allowed secured claim in the amount of $20,000.00 at an annual interest rate of 8.5%, resulting in payments totaling $23,662.37 over the four-year life of the plan; and it is further

ORDERED that the terms of this agreement shall apply to any amended plans filed hereafter.

/s/Lauren R. Jacoby

Lauren R. Jacoby
Hooten & Jacoby LLP
17 Snyder Avenue
Toms River, NJ  08753
Telephone: (848) 223-7362
Email: lrjacoby@hootenandjacobylaw.com
Attorneys for Toyota Motor Credit Corporation

/s/ Cameron Legg

Robert Cameron Legg
Oliver & Legg
2240 Highway 33
Suite 112
Neptune, NJ 07753
732-988-1500
Email: clegg@oliverandlegg.com
Attorney for Debtor

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 25-17100-MEH

Paige B. Johnstone                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 23, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Paige B. Johnstone, 227 Glen Eagle Circle, Naples, FL 34104-5716 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2025              Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Gavin Stewart | on behalf of Creditor Bridgecrest Credit Company LLC, as servicer for Carvana, LLC bk@stewartlegalgroup.com |
| Laura M. Egerman | on behalf of Creditor BANK OF AMERICA N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor PHH Mortgage Corporation laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Lauren Rebecca Jacoby | on behalf of Creditor Toyota Motor Credit Corporation lrjacoby@hootenandjacobylaw.com |

District/off: 0312-3 | User: admin | Page 2 of 2

Date Rcvd: Dec 23, 2025 | Form ID: pdf903 | Total Noticed: 1

Matthew K. Fissel
    on behalf of Creditor Onity Loan Acquisition Trust 2024-HB2 (If Trustee name is needed - Use Wilmington Savings Fund Society FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Onity Loan A bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Robert Cameron Legg
    on behalf of Debtor Paige B. Johnstone courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8