| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Bridgecrest Credit Company, LLC*<br>*as Servicer for Carvana, LLC* | Order Filed on February 4, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Paige B. Johnstone<br>*aka* Paige Albanese<br><br>                              Debtor. | Chapter: 13<br><br>Case No.: 25-17100-MEH<br><br>Hearing Date: February 4, 2026<br><br>Judge Mark Edward Hall |

**ORDER GRANTING MOTION FOR**
**RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 4, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Upon the motion of Bridgecrest Credit Company, LLC as Servicer for Carvana, LLC ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the motion is granted, and the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2012 Mercedes-Benz M-Class Utility 4D ML350 4WD 3.5L V6;**
**VIN: 4JGDA5HBXCA057477**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further **ORDERED** that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further **ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.