| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Bridgecrest Credit Company, LLC,*<br>*as servicer for Carvana, LLC* | Order Filed on February 9, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Paige Johnstone<br><br><div align="right">Debtor.</div> | Chapter: 13<br><br>Case No.: 25-17100-MEH<br><br>Hearing Date: September 10, 2025<br><br>Judge Mark Edward Hall |

<div align="center">

**CONSENT ORDER RESOLVING LIMITED**
**OBJECTION TO CONFIRMATION OF PLAN**

</div>

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 9, 2026**

<div align="right">

Honorable Mark E. Hall
United States Bankruptcy Judge

</div>

Debtor: Paige Johnstone
Case No.: 25-17100-MEH
Caption of Order: **CONSENT ORDER RESOLVING LIMITED OBJECTION TO CONFIRMATION OF PLAN**

THIS MATTER having been opened to the Court upon the Limited Objection to Confirmation of Plan ("Objection") filed by Bridgecrest Credit Company, LLC, as servicer for Carvana, LLC ("Creditor"), and whereas Debtor and Creditor seek to resolve the Objection, it is hereby **ORDERED**:

1. Creditor holds a lien on the certificate of title for the following motor vehicle: a 2012 Mercedes-Benz M-Class ML350 4MATIC, 3.5L V6, VIN 4JGDA5HBXCA057477 (the "Vehicle").

2. Creditor shall have sixty (60) days following the sale or other liquidation of its interest in the Vehicle, including the receipt of any insurance proceeds, to file an amended Proof of Claim reflecting any remaining unsecured deficiency balance.

3. Nothing herein shall prevent or prohibit the Debtor's ability to object to any amended Proof of Claim filed in accordance with this Order.

**STIPULATED AND AGREED:**

/s/ Cameron Legg
Robert Cameron Legg, Esq.
Oliver & Legg
2240 Highway 33, Suite 112
Neptune, NJ 07753
*Counsel for Debtor*

/s/Gavin N. Stewart
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel for Creditor*