Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### Trustee's Proposed Distribution Report

### Chapter 13 Case # 25-17100 / MEH

In Re:                                                                                    Case Status: Confirmed

 Paige B. Johnstone

The above referenced debtor(s) plan has been confirmed. The Standing Trustee's office has set up the case for distributions to creditors.

Attached is the Trustee's Proposed Distribution Report for review.

**ATTORNEYS AND CREDITORS:** IT IS YOUR RESPONSIBILITY to review this report and ensure that you are in agreement with the information contained therein. You are strongly advised to compare this report against your filed Proof of Claim and the court docket. If you are not in agreement with this report, you must notify the Trustee in writing, at the address listed above or via email to info@russotrustee.com, within five (5) days of the docketing of this information and/or file the appropriate motion with the court.

**UNSECURED CREDITORS:** If your claim does not appear on this report, please check the court's claims register to be sure it is properly filed. If it has been properly filed and it is to be paid through the confirmed plan, it will appear on the Trustee's Proposed Distribution Report that is filed after the bar review.

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

### Trustee's Proposed Distribution Report

### Chapter 13 Case # 25-17100 / MEH

In Re:                                                                              Case Status: Confirmed

Paige B. Johnstone

| Claim ID | Claimant Name | Dist. Priority | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | | |
| 0 | Paige B. Johnstone | 5 | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq. | 13 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| | **No Disbursements: Paid outside** | | | | | |
| 11 | Carvana, LLC / Bridgecrest c/o AIS Portfolio | 24 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| | **No Disbursements: Surrendered - Full Satisfaction** | | | | | |
| 8 | TOYOTA MOTOR CREDIT CORP | 24 | Debt Secured by Vehicle | $23,662.37 | $0.00 | $23,662.37 |
| 19 | NJ DIVISION OF TAXATION | 28 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 26 | AT&T MOBILITY AKA AT&T BY INFOSOURC | 33 | Unsecured Creditors | $201.26 | $0.00 | $201.26 |
| 27 | AT&T MOBILITY AKA AT&T BY INFOSOURC | 33 | Unsecured Creditors | $999.99 | $0.00 | $999.99 |
| 23 | BANK OF AMERICA | 33 | Unsecured Creditors | $2,964.38 | $0.00 | $2,964.38 |
| 12 | Carvana, LLC / Bridgecrest c/o AIS Portfolio | 33 | Unsecured Creditors | $4,701.54 | $0.00 | $4,701.54 |
| | **Hold Funds: Pending Resolution** | | | | | |
| 6 | Cheryl Crane | 33 | Unsecured Creditors | $24,747.56 | $0.00 | $24,747.56 |
| 18 | Florida Power & Light | 33 | Unsecured Creditors | $143.87 | $0.00 | $143.87 |
| 20 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | Unsecured Creditors | $477.21 | $0.00 | $477.21 |
| 21 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | Unsecured Creditors | $411.48 | $0.00 | $411.48 |
| 13 | JERSEY CENTRAL POWER & LIGHT | 33 | Unsecured Creditors | $13,768.16 | $0.00 | $13,768.16 |
| 9 | LVNV FUNDING LLC | 33 | Unsecured Creditors | $172.93 | $0.00 | $172.93 |
| 3 | LVNV FUNDING LLC | 33 | Unsecured Creditors | $371.74 | $0.00 | $371.74 |
| 2 | MONEYLION INC. | 33 | Unsecured Creditors | $528.08 | $0.00 | $528.08 |
| 5 | NEW JERSEY NATURAL GAS COMPANY | 33 | Unsecured Creditors | $6,117.80 | $0.00 | $6,117.80 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES | 33 | Unsecured Creditors | $527.46 | $0.00 | $527.46 |
| 28 | PRUDENTIAL RETIREMENT INS & ANNUIT | 33 | Unsecured Creditors | $43,845.36 | $0.00 | $43,845.36 |

Creditors are listed in the order they are scheduled to receive distributions.  The **DIST. PRIORITY** column indicates order of payments. A lower code is paid first.  Equal codes are paid pro-rata.

If unsecured creditors are scheduled to receive a dividend, they are paid on a pro-rata basis pursuant to the confirmed plan. As result, the amounts to be paid / balances due listed in this report reflect the claim balance and may not be the actual amount to be paid per the plan.

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### Trustee's Proposed Distribution Report

### Chapter 13 Case # 25-17100 / MEH

In Re:                                                                          Case Status: Confirmed

Paige B. Johnstone

| 17 | QUANTUM3 GROUP LLC AS AGENT | 33 | Unsecured Creditors | $374.43 | $0.00 | $374.43 |
|----|------------------------------|----|---------------------|---------|-------|---------|
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR | 33 | Unsecured Creditors | $1,052.78 | $0.00 | $1,052.78 |
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR | 33 | Unsecured Creditors | $347.87 | $0.00 | $347.87 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR | 33 | Unsecured Creditors | $537.75 | $0.00 | $537.75 |
| 7 | SOUTHERN NEW HAMPSHIRE UNIVERSIT | 33 | Unsecured Creditors | $1,979.00 | $0.00 | $1,979.00 |
| 29 | SUMTER ELECTRIC COOPERATIVE, INC. | 33 | Unsecured Creditors | $369.19 | $0.00 | $369.19 |
| 4 | TECO PEOPLE GAS | 33 | Unsecured Creditors | $113.56 | $0.00 | $113.56 |
| 1 | THE BANK OF MISSOURI | 33 | Unsecured Creditors | $387.99 | $0.00 | $387.99 |
| 10 | US DEPT OF EDUCATION | 33 | Unsecured Creditors | $45,265.15 | $0.00 | $45,265.15 |
| 24 | Verizon by American InfoSource as Agent | 33 | Unsecured Creditors | $1,464.09 | $0.00 | $1,464.09 |
| 25 | Verizon by American InfoSource as Agent | 33 | Unsecured Creditors | $3,551.82 | $0.00 | $3,551.82 |

### CASE  SUMMARY

Summary of all receipts and disbursements from date filed through February 12, 2026.

| | | | |
|---|---|---|---|
| Total Receipts: | $2,496.00 | Current Monthly Payment: | $443.00 |
| Paid to Claims: | $0.00 | Arrearages: | $341.00 |
| Paid to Trustee: | $194.35 | | |
| Funds on Hand: | $2,301.65 | Total Plan Base: | $26,316.00 |

Creditors are listed in the order they are scheduled to receive distributions.  The **DIST. PRIORITY** column indicates order of payments. A lower code is paid first.  Equal codes are paid pro -rata.

If unsecured creditors are scheduled to receive a dividend, they are paid on a pro -rata basis pursuant to the confirmed plan. As result, the amounts to be paid / balances due listed in this report reflect the claim balance and may not be the actual amount to be paid per the plan.