UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with
D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Bridgecrest Credit Company, LLC,
as servicer for Carvana, LLC*

In re:

Paige Johnstone

                                    Debtor.

Order Filed on February 9, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 25-17100-MEH

Hearing Date: September 10, 2025

Judge Mark Edward Hall

### CONSENT ORDER RESOLVING LIMITED
### OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 9, 2026**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor:              Paige Johnstone
Case No.:            25-17100-MEH
Caption of Order:    **CONSENT ORDER RESOLVING LIMITED OBJECTION TO
                     CONFIRMATION OF PLAN**

THIS MATTER having been opened to the Court upon the Limited Objection to Confirmation of Plan ("Objection") filed by Bridgecrest Credit Company, LLC, as servicer for Carvana, LLC ("Creditor"), and whereas Debtor and Creditor seek to resolve the Objection, it is hereby **ORDERED**:

1.     Creditor holds a lien on the certificate of title for the following motor vehicle: a 2012 Mercedes-Benz M-Class ML350 4MATIC, 3.5L V6, VIN 4JGDA5HBXCA057477 (the "Vehicle").

2.     Creditor shall have sixty (60) days following the sale or other liquidation of its interest in the Vehicle, including the receipt of any insurance proceeds, to file an amended Proof of Claim reflecting any remaining unsecured deficiency balance.

3.     Nothing herein shall prevent or prohibit the Debtor's ability to object to any amended Proof of Claim filed in accordance with this Order.

**STIPULATED AND AGREED:**

/s/ *Cameron Legg*
_____
Robert Cameron Legg, Esq.
Oliver & Legg
2240 Highway 33, Suite 112
Neptune, NJ 07753
*Counsel for Debtor*

/s/*Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel for Creditor*

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 25-17100-MEH

Paige B. Johnstone                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 10, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

\+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#                      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

**Recip ID                        Recipient Name and Address**
db                              #+  Paige B. Johnstone, 227 Glen Eagle Circle, Naples, FL 34104-5716

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Gavin Stewart | on behalf of Creditor Bridgecrest Credit Company  LLC, as servicer for Carvana, LLC bk@stewartlegalgroup.com |
| Laura M. Egerman | on behalf of Creditor BANK OF AMERICA  N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor PHH Mortgage Corporation laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Lauren Rebecca Jacoby | on behalf of Creditor Toyota Motor Credit Corporation lrjacoby@hootenandjacobylaw.com |

District/off: 0312-3                          User: admin                                Page 2 of 2
Date Rcvd: Feb 10, 2026                       Form ID: pdf903                            Total Noticed: 1

Matthew K. Fissel

    on behalf of Creditor Onity Loan Acquisition Trust 2024-HB2 (If Trustee name is needed - Use Wilmington Savings Fund Society
    FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Onity Loan A bkgroup@kmllawgroup.com,
    matthew.fissel@brockandscott.com

Robert Cameron Legg

    on behalf of Debtor Paige B. Johnstone courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8