Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-17100 / MEH**

Paige B. Johnstone

Petition Filed Date: 07/07/2025
341 Hearing Date: 08/07/2025
Confirmation Date: 02/04/2026

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2025 | $80.00 | | 09/16/2025 | $296.00 | 19771802532 | 09/16/2025 | $500.00 | 19771802531 |
| 10/10/2025 | $109.00 | | 10/20/2025 | $109.00 | | 11/26/2025 | $111.00 | |
| 01/09/2026 | $876.00 | | 01/12/2026 | $102.00 | | 01/14/2026 | $109.00 | |
| 01/20/2026 | $102.00 | | 02/02/2026 | $102.00 | | | | |

**Total Receipts for the Period:  $2,496.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $2,496.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | **CLAIMS AND DISTRIBUTIONS** | | | |
| 0 | Paige B. Johnstone | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq. »» ATTY DISCLOSURE | Attorney Fees No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 1 | THE BANK OF MISSOURI | Unsecured Creditors | $387.99 | $0.00 | $387.99 |
| 2 | MONEYLION INC. | Unsecured Creditors | $528.08 | $0.00 | $528.08 |
| 3 | LVNV FUNDING LLC »» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $371.74 | $0.00 | $371.74 |
| 4 | TECO PEOPLE GAS | Unsecured Creditors | $113.56 | $0.00 | $113.56 |
| 5 | NEW JERSEY NATURAL GAS COMPANY | Unsecured Creditors | $6,117.80 | $0.00 | $6,117.80 |
| 6 | Cheryl Crane | Unsecured Creditors | $24,747.56 | $0.00 | $24,747.56 |
| 7 | SOUTHERN NEW HAMPSHIRE UNIVERSITY | Unsecured Creditors | $1,979.00 | $0.00 | $1,979.00 |
| 8 | TOYOTA MOTOR CREDIT CORP »» 2019 LEXUS NX/ ORDER 12/23/25 | Debt Secured by Vehicle | $23,662.37 | $0.00 | $23,662.37 |
| 9 | LVNV FUNDING LLC »» SHERMAN ORIGINATOR LLC | Unsecured Creditors | $172.93 | $0.00 | $172.93 |
| 10 | US DEPT OF EDUCATION | Unsecured Creditors | $45,265.15 | $0.00 | $45,265.15 |
| 11 | Carvana, LLC / Bridgecrest c/o AIS Portfolio »» 2012 MERCEDES BENZ M CLASS/SV 2/4/26 | Debt Secured by Vehicle No Disbursements: Surrendered - Full Satisfact | $0.00 | $0.00 | $0.00 |
| 12 | Carvana, LLC / Bridgecrest c/o AIS Portfolio »» 2012 MERCEDES BENZ M CLASS | Unsecured Creditors Hold Funds: Pending Resolution | $4,701.54 | $0.00 | $4,701.54 |
| 13 | JERSEY CENTRAL POWER & LIGHT »» FIRSTENERGY | Unsecured Creditors | $13,768.16 | $0.00 | $13,768.16 |

**Chapter 13 Case No. 25-17100 / MEH**

| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  FIRST ELECTRONIC BANK | Unsecured Creditors | $1,052.78 | $0.00 | $1,052.78 |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  CONTINENTAL FINANCE CO LLC | Unsecured Creditors | $347.87 | $0.00 | $347.87 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  APPLIED CARD SYSTEMS | Unsecured Creditors | $537.75 | $0.00 | $537.75 |
| 17 | QUANTUM3 GROUP LLC AS AGENT<br>»»  FIRST ELECTRONIC BANK | Unsecured Creditors | $374.43 | $0.00 | $374.43 |
| 18 | Florida Power & Light<br>»»  UNPAID ELECTRIC BILLS | Unsecured Creditors | $143.87 | $0.00 | $143.87 |
| 19 | NJ DIVISION OF TAXATION<br>»»  TGI-EE 2023-2024 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 20 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  PREMIER BANKCARD MC | Unsecured Creditors | $477.21 | $0.00 | $477.21 |
| 21 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  PREMIER BANKCARD MC | Unsecured Creditors | $411.48 | $0.00 | $411.48 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BANK OF MISSOURI/CREDIT CARD | Unsecured Creditors | $527.46 | $0.00 | $527.46 |
| 23 | BANK OF AMERICA | Unsecured Creditors | $2,964.38 | $0.00 | $2,964.38 |
| 24 | Verizon by American InfoSource as Agent | Unsecured Creditors | $1,464.09 | $0.00 | $1,464.09 |
| 25 | Verizon by American InfoSource as Agent | Unsecured Creditors | $3,551.82 | $0.00 | $3,551.82 |
| 26 | AT&T MOBILITY AKA AT&T BY INFOSOURCE LP | Unsecured Creditors | $201.26 | $0.00 | $201.26 |
| 27 | AT&T MOBILITY AKA AT&T BY INFOSOURCE LP | Unsecured Creditors | $999.99 | $0.00 | $999.99 |
| 28 | PRUDENTIAL RETIREMENT INS & ANNUITY CO. | Unsecured Creditors | $43,845.36 | $0.00 | $43,845.36 |
| 29 | SUMTER ELECTRIC COOPERATIVE, INC.<br>»»  SECO ENERGY | Unsecured Creditors | $369.19 | $0.00 | $369.19 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,496.00 | Plan Balance: | $23,820.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $443.00 |
| Paid to Trustee: | $194.35 | Arrearages: | $341.00 |
| Funds on Hand: | $2,301.65 | Total Plan Base: | $26,316.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for FREE!  Register today at www.ndc.org or**
**scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**