Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 25−17100−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Paige B. Johnstone
aka Paige Albanese
436 Crossfield Circle
Naples, FL 34104

Social Security No.:
xxx−xx−9235

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/2/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 2, 2026
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-17100-EJO
Paige B. Johnstone Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 5
Date Rcvd: Sep 02, 2026 Form ID: 148 Total Noticed: 120

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paige B. Johnstone, 436 Crossfield Circle, Naples, FL 34104-4717 |
| cr | + | Bridgecrest Credit Company, LLC, as servicer for C, c/o Stewart Legal Group, P.L., P.O. Box 340514, Tampa, FL 33694-0514 |
| 520723579 | | Amazon Pool Service, 323 Prospect Drive, Point Pleasant Beach, NJ 08742 |
| 520723584 | + | Bank of America, N.A., 14405 Walters Road, Suite 200, Houston, TX 77014-1345 |
| 520723587 | + | Bobby Flagg, 1509 River Avenue, Point Pleasant Beach, NJ 08742-4313 |
| 520723593 | + | Check Systems, c/o Consumer Relations, PO Box 583399, Minneapolis, MN 55458-3399 |
| 520723594 | + | Cheryl Crane, 62 Fairview Avenue, Brick, NJ 08724-4368 |
| 520723595 | + | Cheryl Crane, c/o Vito C. DeMaio, 228 Main Street, Toms River, NJ 08753-7417 |
| 520723597 | + | Collier County Water, 3339 Tamiami Trail, Naples, FL 34112-5361 |
| 520723600 | + | Cottage & Castle, LLC, c/o Charles D. Bauer, 489 Aurora Place, Brick, NJ 08723-5063 |
| 520723602 | | Ely Funeral Home, 3316 NJ 33, Neptune, NJ 07753 |
| 520723605 | + | First Presbterian Church, 600 9th Avenue, Belmar, NJ 07719-2336 |
| 520723607 | + | GPU Energy, 15 River Drive, Elmwood Park, NJ 07407-1003 |
| 520723608 | + | Herbert Appliance, 1426 Lakewood Road, Manasquan, NJ 08736-1904 |
| 520723610 | | Humane Society, 370 Airport Pulling Road, Naples, FL 34104 |
| 520723612 | + | James McDonnell, 332 Kingsland Avenue, Lyndhurst, NJ 07071-2734 |
| 520723613 | | Jamie Caporosolo, 205 Franklin Lakes, Franklin Lakes, NJ 07417 |
| 520723616 | + | Jelling Property Holdings, LLC, c/o George E. Veitengruber, III., Esq., 1720 Route 34, Suite 10, Farmingdale, NJ 07727-3991 |
| 520723618 | + | Jersey Properties, LLC, c/o Gerald L. DelTufo, PO Box 409, Matawan, NJ 07747-0409 |
| 520723617 | + | Jersey Properties, LLC, PO Box 14, Oldwick, NJ 08858-0014 |
| 520723619 | + | Karen Fitzgerald, 1812 Hollow Branch Way, The Villages, FL 32162-2350 |
| 520723620 | + | Life Storage, 201 Jordan Road, Brick, NJ 08724-3800 |
| 520723621 | + | Marat Gekelman, 458 Cofine Avenue, Brooklyn, NY 11208-5716 |
| 520723623 | + | Marcus and Lindsey Toconita, c/o W. Peter Ragan, Jr., Esq., 3100 Route 138 West, Brinley Plaza, Building 1, Wall, NJ 07719-9020 |
| 520723622 | | Marcus and Lindsey Toconita, 473 Ocean Drive, Mantoloking, NJ 08738 |
| 520723624 | + | Mercedes-Benz of Shrewsbury, 100 Oceanport Avenue, Little Silver, NJ 07739-1218 |
| 520723632 | + | NJ Natural Gas, 1415 Wycoff Road, PO Box 1464, Belmar, NJ 07719-1464 |
| 520723627 | + | National Credit Management, 10845 Olive Blvd, Creve Coeur, MO 63141-7794 |
| 520723630 | + | New Hampshire Higher Education, PO Box 2097, Concord, NH 03302-2097 |
| 520723635 | + | PODs Moving & Storage, 100 Central Avenue Gateway, Building 8, Farmingdale, NJ 07727-3782 |
| 520723636 | + | Point Pleasant Municipal Court, 2233 Bridge Avenue, Point Pleasant Beach, NJ 08742-4977 |
| 520723638 | + | Prudential Financial, Inc., 751 Broad Street, 22nd Floor, Newark, NJ 07102-3754 |
| 520808829 | + | Prudential Retirement Insurance and Annuity Co., Prudential Attn: Legal Process Unit, 751 Broad Street, 22nd Floor, Newark, NJ 07102-3754 |
| 520723639 | + | Public Storage, 925 Route 70, Brick, NJ 08724-3501 |
| 520723643 | + | Raritan Bay Federal Credit Union, c/o Louis Mellinger, Esq., 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| 520723642 | + | Raritan Bay Federal Credit Union, 491 Raritan Street, Sayreville, NJ 08872-1442 |
| 520723644 | + | Realvitalize, 80 State Street, Albany, NY 12207-2541 |
| 520723648 | + | Ron Keller, 53 Sanborn Avenue, Point Pleasant Beach, NJ 08742-2657 |
| 520723654 | + | Shahira N. Raineri, 101 New Jersey Avenue, Unit 5F, Point Pleasant Beach, NJ 08742-3375 |
| 520723655 | + | Shahira N. Raineri, c/o W. Peter Ragan, Jr., Esq., 3100 Route 138 West, Brinley Plaza, Building 1, Wall, NJ 07719-9020 |
| 520723656 | | Shaquira Rainer, 101 North Avenue, Apartment 5F, Point Pleasant Beach, NJ 08742 |
| 520723657 | | Spectrum, 65 S Keeler Road, Orlando, FL 32810 |
| 520723658 | + | Star Island Resort, PO Box 78843, Phoenix, AZ 85062-8843 |
| 520723659 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 520723660 | | Sumter Electric Cooperative, Inc., PO Box 301, Spruce Pine, AL 35585 |

| | | |
|---|---|---|
| 520723661 | + | Sumterville Customer Service, 293 South US Highway 301, Sumterville, FL 33585-4901 |
| 520745997 | | TECO Peoples Gas, PO BOX 1111, TAMPA, FL 33601 |
| 520723665 | | Toyota Financial Services, Credit Dispute Research Team, Dallas, TX 75265 |
| 520723666 | + | U-Haul, 1925 George Jenkins Blvd, Lakeland, FL 33815-3759 |
| 520746365 | + | Vito C. DeMaio, Esq., LAW OFFICES OF VITO C. DeMAIO, 228 Main Street, Toms River, NJ 08753-7417 |
| 520723668 | + | Wall Fire Inspection, 2700 Allaire Road, Belmar, NJ 07719-9570 |
| 520723669 | | Wall Municipal Court, 612 Route 71, Belmar, NJ 07719 |
| 520723670 | + | Wall Municipal Court, 2700 Allaire Road, Wall, NJ 07719-9570 |
| 520723671 | + | Wall Water/Sewer, 2700 Allaire Road, Wall, NJ 07719-9570 |

TOTAL: 54

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 02 2026 21:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 02 2026 21:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Sep 02 2026 21:41:00 | PHH Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLP, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| cr | + | Email/PDF: bncnotices@becket-lee.com | Sep 02 2026 21:49:12 | Toyota Motor Credit Corporation, Attn Becket & Lee, LLP, PO Box 3001 Dept., Malvern, PA 19355-0701 |
| 520803003 | + | EDI: AIS.COM | Sep 03 2026 01:17:00 | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520723580 | + | EDI: ATTWIREBK.COM | Sep 03 2026 01:16:00 | AT&T Wireless, 208 S Akard Street, Dallas, TX 75202-4206 |
| 520723578 | ^ | MEBN | Sep 02 2026 21:38:34 | AfterPay, 760 Market Street, Floor 2, Unit 203, San Francisco, CA 94102-2402 |
| 520723582 | | EDI: BANKAMER | Sep 03 2026 01:16:00 | Bank of Ame3rica, PO Box 673033, Dallas, TX 75267-3033 |
| 520723583 | + | EDI: BANKAMER2 | Sep 03 2026 01:17:00 | Bank of America, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 520723585 | ^ | MEBN | Sep 02 2026 21:39:03 | Bank of America, N.A., c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520799466 | | EDI: BANKAMER | Sep 03 2026 01:16:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520723586 | + | EDI: TCISOLUTIONS.COM | Sep 03 2026 01:17:00 | Bank of Missouri, 2700 S. Lorraine Place, Sioux Falls, SD 57106-3657 |
| 520723588 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 02 2026 21:42:00 | Bridgecrest Acceptance Corp., 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 520727409 | + | EDI: AISACG.COM | Sep 03 2026 01:17:00 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520723589 | + | EDI: CAPITALONE.COM | Sep 03 2026 01:16:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520723590 | + | EDI: CAPITALONE.COM | Sep 03 2026 01:16:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520723591 | + | EDI: CAPITALONE.COM | Sep 03 2026 01:16:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520757466 | + | EDI: AISACG.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 03 2026 01:17:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520723592 | + | EDI: AISACG.COM | Sep 03 2026 01:17:00 | Carvana/Bridgecrest, 4515 N Santa Fe Avenue, Dept APS, Oklahoma City, OK 73118-7901 |
| 520723596 | + | EDI: CITICORP | Sep 03 2026 01:16:00 | CitiBank, 399 Park Avenue, New York, NY 10022-4614 |
| 520723598 | + | EDI: COMCASTCBLCENT | Sep 03 2026 01:16:00 | Comcast Corporation, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 520723599 | + | EDI: WFNNB.COM | Sep 03 2026 01:17:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 520723601 | + | Email/Text: EBN@edfinancial.com | Sep 02 2026 21:40:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 520723603 | + | Email/Text: bankruptcynotifications@ehi.com | Sep 02 2026 21:40:00 | Enterprise Car Rental, 600 Corporate Park Drive, Saint Louis, MO 63105-4211 |
| 520723604 | + | EDI: AMINFOFP.COM | Sep 03 2026 01:17:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 520723606 | + | Email/Text: Bankruptcy@fpl.com | Sep 02 2026 21:40:00 | Florida Power & Light, 4200 W Flagler Street, Coral Gables, FL 33134-1606 |
| 520723609 | + | Email/Text: bankruptcy@hsn.net | Sep 02 2026 21:42:00 | Home Shopping Network, 1 Home Shopping Network Drive, Saint Petersburg, FL 33729-0001 |
| 520723611 | | EDI: IRS.COM | Sep 03 2026 01:16:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520723614 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 02 2026 21:41:00 | JCP&L, 101 Crawford's Corner Road, Building 1, Suite 1-511, Holmdel, NJ 07733-1976 |
| 520723615 | | EDI: JEFFERSONCAP.COM | Sep 03 2026 01:17:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 520758247 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 02 2026 21:41:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520743385 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2026 21:49:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520723647 | | Email/Text: connectcommunications@mrvbanks.com | Sep 02 2026 21:41:00 | Revi, PO Box 85800, Sioux Falls, SD 57118 |
| 520723625 | + | Email/Text: bankruptcy@moneylion.com | Sep 02 2026 21:42:00 | MoneyLion, PO Box 1547, Sandy, UT 84091-1547 |
| 520723628 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 02 2026 21:41:00 | Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 520723626 | ^ | MEBN | Sep 02 2026 21:39:22 | National Credit Management, Attn: Bankruptcy, Po Box 32900, Saint Louis, MO 63132-8900 |
| 520723629 | ^ | MEBN | Sep 02 2026 21:41:28 | Nationstar Mortgage, c/o McCabe, Weisberg & Conway, LLC, 216 Haddon Avenue, Suite 201, Westmont, NJ 08108-2818 |
| 520723631 | | Email/Text: DOLUIBANKRUPTCY@dol.nj.gov | Sep 02 2026 21:41:00 | New Jersey Department of Labor, Benefit Payment Control, PO Box 951, Trenton, NJ 08625-0951 |
| 520746116 | + | Email/Text: BankruptcyNotices@njresources.com | Sep 02 2026 21:41:00 | New Jersey Natural Gas Company, 1415 Wyckoff Road, Wall, NJ 07727-3940 |
| 520723633 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 02 2026 21:40:00 | PHH Mortgage, PO Box 24606, West Palm Beach, FL 33416-4606 |
| 520723634 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 02 2026 21:40:00 | PHH Mortgage Services, PO Box 24606, West Palm Beach, FL 33416-4606 |
| 520723637 | | EDI: PRA.COM | Sep 03 2026 01:17:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, |

| | | | | |
|---|---|---|---|---|
| | | | | VA 23502 |
| 520797914 | | EDI: PRA.COM | Sep 03 2026 01:17:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 520947777 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2026 21:48:16 | Public Storage Operating Company, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520723641 | + | Email/Text: BKMailbox@QVC.com | Sep 02 2026 21:40:00 | QVC, 1365 Enterprise Park, West Chester, PA 19380-5967 |
| 520759247 | | EDI: Q3G.COM | Sep 03 2026 01:17:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520759248 | | EDI: Q3G.COM | Sep 03 2026 01:17:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520758882 | | EDI: Q3G.COM | Sep 03 2026 01:17:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520758875 | | EDI: Q3G.COM | Sep 03 2026 01:17:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520723640 | | EDI: Q3G.COM | Sep 03 2026 01:17:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520723646 | + | Email/Text: bankruptcy@rentacenter.com | Sep 02 2026 21:42:00 | Rent-A-Center, 3737 Tamiami Trl E, Naples, FL 34112-6215 |
| 520723645 | + | Email/Text: bankruptcy@rentacenter.com | Sep 02 2026 21:42:00 | Rent-a-Center, 5501 Headquarters Road, Plano, TX 75024-5837 |
| 520723581 | | Email/Text: bankruptcy@self.inc | Sep 02 2026 21:41:00 | Atlantic Capital Bank, 945 East Paces Ferry Road, 16th Floor, Atlanta, GA 30326 |
| 520746739 | | Email/Text: precollections@snhu.edu | Sep 02 2026 21:40:00 | Southern New Hampshire University, 2500 N River Rd, Hooksett, NH 03601-0310 |
| 520723649 | + | Email/Text: bknotices@secoenergy.com | Sep 02 2026 21:41:00 | Seco Energy, 4872 SW 60th Avenue, Ocala, FL 34474-4316 |
| 520723651 | + | EDI: CBS7AVE | Sep 03 2026 01:17:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520723652 | + | EDI: CBS7AVE | Sep 03 2026 01:17:00 | Seventh Ave, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520723653 | + | EDI: CBS7AVE | Sep 03 2026 01:17:00 | Seventh Avenue, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 520810822 | + | Email/Text: bknotices@secoenergy.com | Sep 02 2026 21:41:00 | Sumter Electric Cooperative, Inc., P.O. Box 301, Sumterville, FL 33585-0301 |
| 520723662 | | EDI: TDBANKNORTH.COM | Sep 03 2026 01:17:00 | TD Bank, 1701 Route 70 East, Cherry Hill, NJ 08034 |
| 520723663 | + | EDI: TCISOLUTIONS.COM | Sep 03 2026 01:17:00 | Total Visa/tbom/vt, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 520723664 | ^ | MEBN | Sep 02 2026 21:39:30 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 520749899 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2026 21:49:12 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520755688 | + | Email/Text: EBN@edfinancial.com | Sep 02 2026 21:40:00 | US DEPARTMENT OF EDUCATION, 120 N SEVEN OAKS DRIVE, KNOXVILLE TN 37922-2359 |
| 520723667 | + | EDI: AIS.COM | Sep 03 2026 01:17:00 | Verizon, PO Box 4457, Houston, TX 77210-4457 |

| | | | |
|---|---|---|---|
| 520800305 | + EDI: AIS.COM | Sep 03 2026 01:17:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 66

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520723650 | | Self Financial/lead Ba |
| 520726433 | *+ | Bank of Missouri, 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 520727115 | *+ | MoneyLion Inc., PO Box 1547, Sandy, UT 84091-1547 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Gavin Stewart | on behalf of Creditor Bridgecrest Credit Company LLC, as servicer for Carvana, LLC bk@stewartlegalgroup.com |
| Laura M. Egerman | on behalf of Creditor BANK OF AMERICA N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor PHH Mortgage Corporation laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Lauren Rebecca Jacoby | on behalf of Creditor Toyota Motor Credit Corporation lrjacoby@hootenandjacobylaw.com |
| Matthew K. Fissel | on behalf of Creditor Onity Loan Acquisition Trust 2024-HB2 (If Trustee name is needed - Use Wilmington Savings Fund Society FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Onity Loan A bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Robert Cameron Legg | on behalf of Debtor Paige B. Johnstone courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9